**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBIN S. SMITH,

    Plaintiff,

v.                                                     CASE NO: 8:08-cv-2533-T-26TGW

MONUMENTAL LIFE INSURANCE
COMPANY,

    Defendant.
_____/

# **O R D E R**

Upon due consideration of the court file, it is ordered and adjudged that Defendant's Motion for Summary Judgment (Dkt. 18) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered January 27, 2009, at docket 13, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on October 23, 2009.

                                          s/*Richard A. Lazzara*
                                       **RICHARD A. LAZZARA
                                       UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record